UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Motion to Compel Enforcement of Subpoena directed to Auto Action Technologies, Inc.

26-mc-317

ORDER

CASTEL, U.S.D.J.

The subpoenaed party, Auto Action Technologies, Inc., has requested transfer of the motion to enforce a subpoena to the United States District Court for the Eastern District of New York where the underlying action is pending (ECF 5 at 10), Hayden AI Technologies, Inc. v. Safe Fleet Holdings, LLC, et al., 23-cv-3471 EK-JRC. The movant does not oppose transfer. (ECF 8 at 11.)

Pursuant to Rule 45(f), Fed. R. Civ. P., the Court directs the Clerk of Court to transfer the matter to the United States District Court for the Eastern District of New York and to administratively close the docket in this Court.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
September 3, 2026